

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lori Wiley | Civil Action No. 17cv0202-JLS-NLS |
| Plaintiff, | |
| V. | |
| Nancy A. Berryhilll, Commissioner of the Social Security Administration | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court (1) adopts Judge Stormes's Report & Recommendation in its entirety, (2) Denies Plaintiff's Motion for Summary Judgment., and (3) Grants Defendant's Cross Motion for Summary Judgment.

Date: 3/20/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Lozano
M. Lozano, Deputy